

**U.S. Department of Justice**

United States Attorney
District of Arizona

*Two Renaissance Square*
*40 N. Central Avenue, Suite 1200*
*Phoenix, Arizona 85004-4408*

(602) 514-7500
FAX: (602) 514-7693
Civil FAX: (602) 514-7760

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 0 6 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____

February 6, 2013

**SEALED**

Honorable Steven P. Logan
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 401
401 W. Washington Street, SPC 53
Phoenix, Arizona 85003-2154

Re: *United States v. Jose Guadalupe Tapia-Quinter*
USAO No. 2013R02660
CR-13-00179-PHX-SRB (MHB)

Dear Judge Logan:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category and sub-category, if applicable):

☐ **A CONFLICT MAY EXIST**

  ☐ The case or matter was in this office while you were an Assistant United States Attorney in the OCDETF Unit and/or a Deputy Criminal Chief in the Office of the U.S. Attorney **(December 30, 2001 through August 28, 2010)**. My review of the file indicates you had direct involvement in this matter.

☒ **NO PROBABLE CONFLICT**

  ☐ (a) The case or matter was not in this office nor was the defendant in a different case or matter in this office while you were an Assistant U.S. Attorney and/or a Deputy Criminal Chief in this Office **(November 23, 2009 through August 28, 2010)**.

  X (b) The case or matter was in this office or the defendant was in a different case or matter in this office while you were an Assistant U.S. Attorney and/or a Deputy Criminal Chief in the Office of the U.S. Attorney for the District of Arizona **(December 30, 2001 through August 28, 2010)**. However, my review of the file indicates you did not have direct involvement in this matter.

Sincerely yours,

JOHN S. LEONARDO
United States Attorney
District of Arizona

*William H. Bryan III*

William H. Bryan III
Assistant U.S. Attorney